Exhibit S

Ads by Clicksor



Free Pharma E-Books

PharmaTEXT.org



## Search Books Here

| | Search |

☑ Search for any Pharma Book or Term

**Free**
Useful links for free.
http://www.toseeka.com

**free ebooks**
Looking for free ebooks?
http://www.ave99.com

Chitika | Select

## Sample Sizes for Clinical Trials



With worked examples and problems based on real-world scenarios, this book takes readers through the process of calculating the sample size for many types of clinical trials. It covers the most common types of clinical trials across all phases. The author discusses how assumptions made in a sample size calculation can impact the calculation. He

MsgAd by Clicksor

Share   Report Abuse   Next Blog»                                    Create Blog   Sign In



# PHARMA DOCS

FREE HELP FOR STUDENTS

**Free Formulation Software** Simplify formulations development Print batch sheets www.mar-kov.com

**Pharmaceutical Company** 3 Biotech Companies to Watch. Get The Motley Fool's Latest Report www.Fool.com

**Pharmaceutical Industry** White Papers, Case Studies, News Videos Interviews & Presentations www.Pharma-IQ.co

**Valencian Biotechnology** www.valencianbiotechnology.c
Product news & investment opportunities in
biotech companies

**NEW GMP Pilot Plant** www.pharmacore.com
Eight GMP process suites in U.S. R&D.
Organic synthesis. Scale-up.

**Pharmaceutical Job Search** www.business.com
Quickly Find Pharmaceutical Employment
Resources Here.

**Pharma Manufacturing** www.TevaPartners.com
TEVA is seeking partnerships with companies &
academic institutions.

**Pharma Services**
Contract
pharmaceutical
services for API
development projects.
CedarburgHauser.com

**Pharma State
Licensing**
Ensure compliance
with our state
licensing and
renewals services
www.cegedimdendrite.com

**Enterprise
Solutions**
Complete IT
outsourcing Solutions
YASH Enterprise
Solutions
yash.com

**SSCT**

DOWNLOAD

**Enrich Portfolio
System**
The strategic portfolio
management solution
for Pharma and
Biotech
www.enrichconsulting.com

Home                          Older Post

**XenoPort Fraud
Lawsuit**
Robbins Geller
Rudman & Dowd LLP
Files Securities Fraud
Class Action
www.rgrdlaw.com

Home | News | Premium Zone | RapidTainment    RapidTools | Support   RapidShare AG | Privacy Policy





## FILE DOWNLOAD

**http://rapidshare.com/files/412084749/SSCT.rar | 1630 KB**





Premium user                                    Free user

Do you want to send your files with ease and speed? You can find out how to do that here.

| 1. Select Rapids Package | » | 2. Payment Options | » | 3. Activation |

Select Your Preferred Rapids Package:

| RapidShare Prepaidcard | Buy in your country | 400 Rapids | 1000 Rapids | 2000 Rapids | 5000 Rapids | 20000 Rapids |
|---|---|---|---|---|---|---|
| Redeem | Choose country | 4,99€ Buy | 9,95€ Buy | 19,90€ Buy | 49,75€ Buy | 199,00€ Buy |

## Product Details:

**Now: RapidPro**

| Price/ 30 days | secured Storage | Traffic/ 30 days |
|---|---|---|
| 99 Rapids | 10 GB | 30 GB, use as required |

**Before: RapidSmall**

| | | |
|---|---|---|
| 120 Rapids | 10 GB | 30 GB, divided into 30 packages of 1 GB each |

**Your savings: 21 Rapids per month with full flexibility and full cost control!**

Do you need more storage or more traffic?

| Additional Storage: | Additional Traffic: |
|---|---|
| 1 GB = 2Rapids/30 days | 5 GB = 14 Rapids |

Users can upload as many files as they want, but these files will be deleted if not downloaded for 60 days. In order to store files permanently, the option "Keep files forever" (subject to fees) must be activated in the account settings.





# WILEY GUIDE TO CHEMICAL INCOMPATIBILITIES

## SECOND EDITION

**Richard P. Pohanish**
**Stanley A. Greene**



## WILEY-INTERSCIENCE

A JOHN WILEY & SONS PUBLICATION