UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELSEVIER LTD.,<br>and<br>JOHN WILEY & SONS, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>WHOIS PRIVACY PROTECTION<br>  SERVICE, INC.,<br>CHITIKA, INC., and<br>CLICKSOR.COM, INC.<br><br>  Defendants. | Civil Action No. _11 CA 10026-RGS_ |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Before this Court is Plaintiffs' Motion for Temporary Restraining Order. After considering the Motion, the Court is of the opinion that it is well taken and should be granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Defendant Whois Privacy Protection Service, Inc. shall not assign to any third party, including but not limited to the operator of the website identified by the domain name www.pharmatext.org; ownership or control of that domain name.

2. This Order shall remain in effect until the Court rules on plaintiffs' Motion for Preliminary Injunction.

IT IS SO ORDERED.

Date: _____    _____
                                       United States District Judge