UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELSEVIER LTD.,<br>and<br>JOHN WILEY & SONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WHOIS PRIVACY PROTECTION<br>SERVICE, INC.,<br>CHITIKA, INC., and<br>CLICKSOR.COM, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **11 CA 10026 RGS**<br><br>Civil Action No. _____ |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs hereby move that the Court enter an order, to remain in effect while this action is pending,

1) requiring defendant Whois Privacy Protection Service, Inc. to take all steps necessary to disable the website known as www.pharmatext.org (the "Website");

2) requiring defendants to disclose immediately to plaintiffs all information in their possession concerning the identity of the operator of the Website (the "Operator") and the location of any bank accounts or financial accounts owned or used by the Operator;

3) requiring defendant Whois Privacy Protection Service, Inc. not to assign to any third party, including but not limited to the Operator, ownership or control of the domain name www.pharmatext.org;

4) prohibiting defendants Chitika, Inc. and Clicksor.com, Inc. from paying to the Operator any funds they may be holding or may receive in respect of advertising on the Website;

5) prohibiting defendants Chitika, Inc. and Clicksor.com, Inc. from doing business with the Operator in respect of any other website the Operator may attempt to establish, that engages directly or indirectly in the unauthorized reproduction or distribution of works published by plaintiffs.

This motion is made upon the basis of the Affidavits of David J. Burke, Roy S. Kaufman, Mark L. Seeley, and William S. Strong, and the memorandum of law submitted herewith. A proposed form of Order is attached hereto as Exhibit A.

          ELSEVIER LTD.,
          JOHN WILEY & SONS, INC.,
          Plaintiffs,

          By their attorneys,

Dated: January _6_, 2011
          William S. Strong, Esq., BBO #483520
          Amy C. Mainelli Burke, Esq., BBO#657201
          KOTIN, CRABTREE & STRONG, LLP
          One Bowdoin Square
          Boston, MA 02114
          (617) 227-7031
          (617) 367-2988 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion, the Memorandum of Law in Support thereof, and the Affidavits of David J. Burke, Roy S. Kaufman, Mark L. Seeley, and William S. Strong will be served upon Defendants by express mail for delivery on January 7, 2011 at the following addresses:

Whois Privacy Protection Service, Inc.
15801 NE 24th St.
Bellevue, Washington 98008

Chitika, Inc.
1800 West Park Drive
Westborough, MA 01581

Clicksor.com, Inc.
565 Gordon Baker Road
North York, Ontario M2H 2W2
Canada

Amy C. M. Burke, Esq.