UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2011 JAN -6 P 5: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

ELSEVIER LTD., )
and )
JOHN WILEY & SONS, INC., )
)
Plaintiffs, )
)
v. ) Civil Action No. 11 CA 10026-RGS
)
WHOIS PRIVACY PROTECTION )
SERVICE, INC., )
CHITIKA, INC., and )
CLICKSOR.COM, INC. )
)
Defendants. )

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Before this Court is Plaintiffs' Motion for Temporary Restraining Order. After considering the Motion, the Court is of the opinion that it is well taken and should be granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Defendant Whois Privacy Protection Service, Inc. shall not assign to any third party, including but not limited to the operator of the website identified by the domain name www.pharmatext.org; ownership or control of that domain name.

2. This Order shall remain in effect until the Court rules on plaintiffs' Motion for Preliminary Injunction *but in any event no later than January 14, 2011 at 5 pm. unless further extended*

IT IS SO ORDERED.

Date: 6 January 2011

_____
United States District Judge