UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELSEVIER LTD., <br> and <br> JOHN WILEY & SONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WHOIS PRIVACY PROTECTION <br> SERVICE, INC., <br> CHITIKA, INC., and <br> CLICKSOR.COM, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 11 CV 10026-RGS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Before this Court is Plaintiffs' Motion for Preliminary Injunction. After considering the Motion, the Court is of the opinion that it is well taken and should be granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, while this action is pending:

1) Defendant Whois Privacy Protection Service, Inc. shall take all steps necessary to disable the website known as www.pharmatext.org (the "Website");

2) Defendants shall disclose immediately to plaintiffs all information in their possession concerning the identity of the operator of the Website (the "Operator") and the location of any bank accounts or financial accounts owned or used by the Operator;

3) Defendant Whois Privacy Protection Service, Inc. shall not assign to any third party, including but not limited to the Operator, ownership or control of the domain name www.pharmatext.org;

4) Defendants Chitika, Inc. and Clicksor.com, Inc. are prohibited from paying to the Operator any funds they may be holding or may receive in respect of advertising on the Website; and

5) Defendants Chitika, Inc. and Clicksor.com, Inc. are prohibited from doing business with the Operator in respect of any other website the Operator may attempt to establish, that engages directly or indirectly in the unauthorized reproduction or distribution of works published by plaintiffs.

IT IS SO ORDERED.

Date: 1-14-11

/s/ Richard G. Stearns
United States District Judge