# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**ELSEVIER LTD.** , et al

*Plaintiff*

v.

**WHOIS PRIVACY PROTECTION SERVICE, INC., ET AL.**

*Defendant*

Civil Action No.:
**1:11–CV–10026–RGS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Chitika, Inc.
1800 West Park Drive
Westborough, MA 01581
Agent for service of process: Venkateswarlu Kolluri

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

William S. Strong and Amy C.M. Burke
Kotin, Crabtree & Strong, LLP
One Bowdoin Square, Boston, MA 02114
617-227-7031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




**SARAH ALLISON THORNTON**

*CLERK OF COURT*

/s/ – **Terri Seelye**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2011–01–07 14:11:42.0**, Clerk USDC DMA

Case 1:11-cv-10026-RGS Document 14 Filed 01/19/11 Page 2 of 2

Civil Action No.: **1:11–CV–10026–RGS**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) Chitika, Inc.

was received by me on (date) 1-11-2011.

☐ I personally served the summons on the individual at (place) ________ on (date) ________ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) ________, a person of suitable age and discretion who resides there, on (date) ________ , and mailed a copy to the individuals last known address; or

☒ I served the summons on (name of individual) Tessa Rudd, who is The Person Then in Charge designated by law to accept service of process on behalf of (name of organization) Chitika on (date) 1-11-2011; or

☐ I returned the summons unexecuted because ________ ; or

☐ Other (specify) :

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under penalty of perjury that this information is true.

1-11-2011
Date

[signature]
*Server's Signature*

Thomas C [illegible]
*Printed name and title*

427 Neck Street [illegible] MA
*Server's Address*

Additional information regarding attempted service, etc: