UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELSEVIER LTD. and JOHN WILEY & SONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WHOIS PRIVACY PROTECTION SERVICE, INC., CHITIKA, INC. and CLICKSOR.COM, INC., <br><br> Defendants. | Civil Action No. 11-cv-10026-RGS |

## CHITIKA, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and D. Mass. L.R. 7.3, Defendant Chitika, Inc. states that it is a privately-held corporation, that it has no parent corporation, and that no publicly-held company owns more than ten (10) percent of the stock of Chitika, Inc.

Dated:  February 1, 2011            /s/ Adam J. Kessel
                                    Adam J. Kessel (BBO # 661,211)
                                    FISH & RICHARDSON P.C.
                                    One Marina Park Drive
                                    Boston, MA  02210
                                    Tel: (617) 542-5070
                                    Fax: (617) 542-8906
                                    kessel@fr.com

                                    Attorney for Defendant
                                    Chitika, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 1st day of February, 2011.

/s/ Adam J. Kessel
Adam J. Kessel

22569740.doc