```
 1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF MASSACHUSETTS
 2

 3      * * * * * * * * * * * * * *
        *ELSEVIER, LTD., et al.    *
 4              Plaintiffs         *     CIVIL ACTION
                    vs.            *     No. 11-10026-RGS
 5                                 *
        *WHOIS PRIVACY PROTECTION   *
 6      SERVICE, INC., et al.      *
                Defendants         *
 7      * * * * * * * * * * * * * *

 8

 9

10

11           BEFORE THE HONORABLE RICHARD G. STEARNS
                  UNITED STATES DISTRICT JUDGE
12                PRELIMINARY INJUNCTION HEARING
                       January 14, 2011
13

14      APPEARANCES:

15           KOTIN, CRABTREE & STRONG, LLP, (By William S.
        Strong, Esq.) One Bowdoin Square, Boston, Massachusetts
16      02114, on behalf of Plaintiffs

17

18

19

20

21                              Courtroom No. 21
                                1 Courthouse Way
22                              Boston, Massachusetts 02109

23
                        JAMES P. GIBBONS, RPR/RMR
24                        Official Court Reporter
                       1 Courthouse Way, Suite 7205
25                     Boston, Massachusetts  02210
                          jmsgibbons@yahoo.com
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1                  P R O C E E D I N G S
 2          THE CLERK:  All rise for the Honorable Court.
 3      The case before this Court carries Case No. 11cr10026,
 4  Elsevier, Ltd. versus Whois Privacy Protection Service.
 5      Counsel, please identify yourself for the record.
 6          MR. STRONG:  Good morning, your Honor.  My name is
 7  William Strong, from the firm of Kotin, Crabtree & Strong in
 8  Boston, for the plaintiffs.
 9          THE COURT:  Okay.  We have waited the customary 20
10  minutes, and I see no one has appeared on behalf of any of
11  the three defendants.
12      Could you explain for the record what was done to make
13  service in the case.
14          MR. STRONG:  Yes, your Honor.
15      The complaint was sent -- the complaint and the motion
16  papers were sent initially at the time of the filing of the
17  temporary restraining order motion to Whois Privacy
18  Protection Service, and were sent by express mail, I
19  believe, to Chitika, the Massachusetts defendant, and by
20  international registered mail to Clicksor, the Canadian
21  defendant.
22      After the entry of the temporary restraining order and
23  the scheduling of this motion, I have been in contact by
24  email with all of the defendants, and two of them have
25  actually been cooperative.  One I have not heard from at
```

PDF created with pdfFactory trial version www.pdffactory.com

1    all, that being Chitika.  I did send them an e-mail
2    notification with a copy of the order and notice of today's
3    hearing.
4            THE COURT:  But they are aware of the hearing and
5    they are aware that it was marked up for a preliminary
6    injunction?
7            MR. STRONG:  Yes, your Honor.
8            THE COURT:  I am going to assume that silence in
9    this case constitutes consent.
10           MR. STRONG:  Or at least acquiescence.
11           THE COURT:  Well, to some degree thereof.
12       Although I think, even with counsel present for
13   defendants, the showing that you made in the pleadings is
14   very strong and supportive of the motion for preliminary
15   injunction.  So that will be allowed, today being the 14th
16   of January, and it now being 11:25 a.m.
17       Are the defendants all server providers or --
18           MR. STRONG:  Whois Privacy Protection Service is
19   not -- I wouldn't call them a service provider, although
20   they might argue that point.  They are a service -- they're
21   connected to a domain name registrar, and they take
22   ownership of domain names to protect the privacy of the true
23   operator of websites.
24       I gather that in most cases they do that so that people
25   will not get spam and so on and so forth, but obviously in

PDF created with pdfFactory trial version www.pdffactory.com

```
 1    this case it's been used for a more nefarious purpose.
 2              THE COURT:  I wish you luck.  You may be chasing
 3    something in Russia or Israel.
 4              MR. STRONG:  It turns out they're in India.
 5              THE COURT:  In India.
 6         All right.  The clerk will make a copy of the endorsed
 7    order for you and, otherwise, I am not sure what we do next.
 8              MR. STRONG:  I think we have to -- well, the two
 9    domestic defendants have now been served with the complaint
10    informally.  I believe at least that the California
11    defendant has been served through certified mail.  I know
12    that the Massachusetts defendant has been served in hand.
13         The Canadian defendant, we have to go through the Hague
14    Convention, so that will take several weeks, and as soon as
15    we're able to file returns of service, then I guess we go on
16    with the ordinary proceeding.
17              THE COURT:  Yes.  I think there is no real
18    requirement that a party appear for a hearing on a motion
19    for preliminary injunction.  So I do not think the
20    nonappearance is really a basis for a default at this point.
21              MR. STRONG:  I wouldn't ask for that, your Honor,
22    no.
23              THE COURT:  Then just notify the Court when service
24    is complete and answered and we'll proceed in the regular
25    course after that.
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1            MR. STRONG:  We will do that, your Honor.
 2       Thank you very much.
 3            THE COURT:  All right.
 4            THE CLERK:  All rise.
 5       Court is in recess.
 6       (Proceedings adjourned.)
 7
 8                    C E R T I F I C A T E
 9
10       I, James P. Gibbons, Official Court Reporter for the
11  United States District Court for the District of
12  Massachusetts, do hereby certify that the foregoing pages
13  are a true and accurate transcription of my shorthand notes
14  taken in the aforementioned matter to the best of my skill
15  and ability.
16  /s/James P. Gibbons                   February 16, 2011
17
18  _____
19  James P. Gibbons
20
                   JAMES P. GIBBONS, CSR, RPR, RMR
21                    Official Court Reporter
                    1 Courthouse Way, Suite 7205
22                  Boston, Massachusetts 02210
                        jmsgibbons@yahoo.com
23
24
25
```

PDF created with pdfFactory trial version www.pdffactory.com