UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ELSEVIER LTD.,
    and
JOHN WILEY & SONS, INC.,

    Plaintiffs,

    v.

WHOIS PRIVACY PROTECTION
    SERVICE, INC.,

CHITIKA, INC., and

CLIKSOR.COM.

    Defendants.

Case No. 11-cv-10026-RGS

**DEFENDANT CHITIKA'S
MOTION TO CLARIFY THE COURT'S FEBRUARY 17, 2011 ORDER**

Defendant Chitika, Inc. ("Chitika") respectfully requests clarification of the Court's February 17, 2011 Order. That Order issued in response to Chitika's assented-to motion to extend its time to respond to the Complaint up to and including March 18, 2011 (D.I. 24). The Order reads as follows:

> Judge Richard G. Stearns: ELECTRONIC ORDER entered finding as moot [24] Motion for Extension of Time to Answer. The parties filed a joint motion, which the court allowed on February 11, extending defendants' deadline to respond to the Complaint to March 14, 2011. (Zierk, Marsha)

Chitika files the instant motion to request clarification because the Court's above-referenced February 11, 2011 Order was based on a motion filed by Defendant Whois Privacy Protection Service, Inc. ("WPPS") (D.I. 21) . The Order on its face applies only to WPPS:

> Judge Richard G. Stearns: ELECTRONIC ORDER entered granting [21] Motion for Extension of Time to Answer re [1] Complaint Whois Privacy Protection Service, Inc. answer due 3/14/2011. (Flaherty, Elaine)

(February 11, 2011 Order.)

Chitika has no relationship with WPPS in this case and thus did not understand the February 11, 2011 Order to apply to Chitika.  Chitika had separately reached agreement with Plaintiffs for an extension to March 18, 2011, to respond to the Complaint.  Chitika thus respectfully requests that its deadline to respond be set for March 18, 2011.[1]

Dated:  February 18, 2011                                Respectfully submitted,

By:   /s/ Adam J. Kessel
Adam J. Kessel (BBO # 661,211)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110
(617) 542-5070 Telephone
(617) 542-8906 Facsimile

COUNSEL FOR DEFENDANT
CHITIKA INC.

---

[1] Alternatively, if the Court prefers that WPPS and Chitika file their respective responses on the same date, Chitika requests clarification to make clear that the Order extending the deadline for WPPS to respond to the Complaint to March 14, 2011 also applies to Chitika's own deadline.

## **CERTIFICATE OF SERVICE**

I hereby certify that this MOTION TO CLARIFY THE COURT'S FEBRUARY 17, 2011 ORDER, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 18th day of February, 2011.

/s/ Adam J. Kessel
Adam J. Kessel