# EXHIBIT A

```
NOTICE: Access to .ORG WHOIS information is provided to assist person
determining the contents of a domain name registration record in the
Registry
registry database. The data in this record is provided by Public Inte
for informational purposes only, and Public Interest Registry does nc
accuracy. This service is intended only for query-based access. You
that you will use this data only for lawful purposes and that, under
circumstances will you use this data to: (a) allow, enable, or otherw
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities othe
the data recipient's own existing customers; or (b) enable high volum
automated, electronic processes that send queries or data to the syst
Registry Operator or any ICANN-Accredited Registrar, except as reason
necessary to register domain names or modify existing registrations.
rights reserved. Public Interest Registry reserves the right to modif
time. By submitting this query, you agree to abide by this policy.

Domain ID:D154694509-LROR
Domain Name:PHARMATEXT.ORG
Created On:15-Nov-2008 04:02:43 UTC
Last Updated On:23-Feb-2010 12:25:46 UTC
Expiration Date:15-Nov-2010 04:02:43 UTC
Sponsoring Registrar:eNom, Inc. (R39-LROR)
Status:OK
Registrant ID:60a65010bbac6fb2
Registrant Name:Whois   Agent
```
→ ```
Registrant Organization:Whois Privacy Protection Service, Inc.
Registrant Street1:PMB 368, 14150 NE 20th St - F1
Registrant Street2:
Registrant Street3:
Registrant City:Bellevue
Registrant State/Province:WA
Registrant Postal Code:98007
Registrant Country:US
Registrant Phone:+1.4252740657
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:lrhxwfhmc@whoisprivacyprotect.com
Admin ID:60a65010bbac6fb2
Admin Name:Whois   Agent
Admin Organization:Whois Privacy Protection Service, Inc.
Admin Street1:PMB 368, 14150 NE 20th St - F1
Admin Street2:
Admin Street3:
Admin City:Bellevue
Admin State/Province:WA
Admin Postal Code:98007
Admin Country:US
Admin Phone:+1.4252740657
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:lrhxwfhmc@whoisprivacyprotect.com
Tech ID:60a65010bbac6fb2
Tech Name:Whois   Agent
Tech Organization:Whois Privacy Protection Service, Inc.
Tech Street1:PMB 368, 14150 NE 20th St - F1
Tech Street2:
Tech Street3:
Tech City:Bellevue
Tech State/Province:WA
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record



Keep your contact information *hidden* with Private Registration

Protect your privacy

Learn More

Make an instant, anonymous offer to the current domain registrant. Learn More



Search Again

Search again here...

Search by either

- ⊙ Domain Name e.g. networksolutions.com
- ○ IP Address e.g. 205.178.187.13





## WHOIS Searches

- Popular
- Recent

| Domain Name - Total Searches | RSS |
|---|---|
| amazon.com - 10247 | |
| craigslist.com - 8186 | |
| kingsridge.com - 5968 | |
| cisco.com - 5270 | |
| tcs.com - 4473 | |
| ibm.com - 4249 | |
| mchsi.com - 3916 | |
| disney.com - 3162 | |
| nytimes.com - 3022 | |

sbcglobal.net - 34310

« Prev Next »