# EXHIBIT B



Free Pharma E-Books

Ads by Clicksc

Click Here for Free Pharma Whitepapers/Articles

### Search Books Here

[    Search    ]

Search for any Pharma Book or Term

**Free**
Useful links for free.
http://www.toseeka.com

**free ebooks**
Looking for free ebooks?
http://www.ave99.com

Chitika | Select

### Sample Sizes for Clinical Trials



With worked examples and problems based on real-world scenarios, this book takes readers through the process of calculating the sample size for many types of clinical trials. It covers the most common types of clinical trials across all phases. The author discusses how assumptions made in a sample size calculation can impact the calculation. He

MsgAd by Clicksor