UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELSEVIER LTD. and JOHN WILEY & SONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WHOIS PRIVACY PROTECTION SERVICE, INC., CHITIKA, INC., and CLICKSOR.COM, INC.,<br><br>Defendants | Civil Action No. 11-CV-10026-RGS |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Elsevier Ltd. and John Wiley & Sons, Inc. hereby dismiss, *without prejudice*, all of their claims in this action against Defendant Whois Privacy Protection Service, Inc. ("WPPS").

Respectfully submitted,

ELSEVIER LTD., and
JOHN WILEY & SONS, INC.,
Plaintiffs,

By their attorney,

Dated: April 12, 2011

/s/ William S. Strong
William S. Strong, Esq., BBO #483520
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

LA 129,434,529v2 4-7-11

## CERTIFICATE OF SERVICE

    I, William S. Strong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 12, 2011.

                                       /s/ William S. Strong
                                       William S. Strong