UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

ELSEVIER LTD., and )
JOHN WILEY & SONS, INC., )
)
       Plaintiff, )    11-CV-10026-RGS
)
       v. )
)
WHOIS PRIVACY PROTECTION )
   SERVICE, INC., )
CHITIKA, INC., )
CLICKSOR.COM, INC., and )
KAPIL DEV SAGGI, )
)
       Defendants. )

---

### DEFENDANT CHITIKA, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Federal Rule of Civil Procedure 12(c), defendant Chitika, Inc. ("Chitika"), hereby moves that this Court enter judgment on the pleadings in Chitika's favor and dismiss all claims asserted against it, with prejudice.

Chitika, an online advertising network, is entitled to judgment in its favor as a matter of law because the plaintiffs have not stated and cannot state any cognizable claim for contributory copyright infringement against Chitika. To state a claim for contributory infringement, the plaintiffs must first allege a viable claim for direct infringement, but they have not. The alleged primary infringer, Saggi, is an individual who operates a website in India that displays hyperlinks to still other unidentified websites in unspecified locations that allegedly offer unauthorized copies of the defendants' books. As a matter of law, hyperlinking is not copyright infringement. Even if it were, however, the plaintiffs have not identified any infringing conduct in the United States.

Moreover, even if the plaintiffs could allege an infringing act subject to United States copyright law, they still do not state a claim against Chitika for contributory infringement.  The plaintiffs do not and cannot allege facts showing that Chitika had knowledge of any infringing activity, or that Chitika knowingly caused or substantially contributed to any infringing activity. The plaintiffs in effect seek to extend liability for copyright infringement well beyond the recognized limits, using theories that have already been rejected by appellate courts.

The grounds for this motion are explained in more detail in the accompanying Memorandum of Law.

WHEREFORE, for the reasons set forth above and in Chitika's supporting Memorandum of Law, Chitika respectfully requests that this Court allow Chitika's Motion for Judgment on the Pleadings, and enter judgment in Chitika's favor, dismissing all claims against it, with prejudice.

    CHITIKA, INC

    By its attorneys,

    /s/ Edward J. Naughton
    Edward J. Naughton (BBO #600059)
    Steven M. Veenema (BBO#672097)
    BROWN RUDNICK LLP
    One Financial Center
    Boston, MA 02111
    617.856.8200
    enaughton@brownrudnick.com
    sveenema@brownrudnick.com

Dated:   June 3, 2011
         Boston, Massachusetts

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Edward J. Naughton
Edward J. Naughton

Dated: June 3, 2011

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rule 7.1, that on June 1, 2011 I conferred by telephone and e-mail with counsel for the plaintiffs in an attempt to avoid the need for this motion or to narrow the issues presented by this motion.

/s/ Edward J. Naughton
Edward J. Naughton

Dated: June 3, 2011

# 1832457 v1