# EXHIBIT A

Google Inc.
1600 Amphitheatre Parkway

Mountain View, California 94043



Fax: 650.249.3429
google-legal-support@google.com

www.google.com

June 7, 2011

*Via Facsimile and Express Courier*
(617)367-2988
William S. Strong
Kotin Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114
(617)227-7031

   **Re: Subpoena dated 05-06-2011, Elsevier Ltd. and John Wiley & Sons, Inc. v. Whois Privacy Protection Service, Inc., Chitika, Inc., Clicksor.com, Inc., and Kapil Dev Saggi, United States District Court for the Northern District of California, Case No. 11-CV-10026-RGS (Internal Ref. No. 137789)**

Dear William S. Strong:

  Pursuant to the Subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq. By this response, Google does not waive any objection to further proceedings in this matter.

  We understand that you have requested customer information regarding the user account specified in the Subpoena, which includes the following information: Subscriber and recent login information for the Google accounts KAPILSAGGI@GMAIL.COM, PHARMA-TEXT.BLOGSPOT.COM, and PHARMA-DOCS.BLOGSPOT.COM. Please note that Google does not retain identifiable Blogger IP logs longer than eight months and therefore does not have documents responsive to your request for PHARMA-TEXT.BLOGSPOT.COM. We are unable to find any accounts associated with NOREPLY@BLOGGER.COM.

  To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

  Finally, Google requests reimbursement in the amount of $125 for reasonable costs incurred in processing your request. Please forward your payment to Google Custodian of Records, at the address above and please write the Internal Reference Number (137789) on your check. The federal tax ID number for Google is 77-0493581.

                Very truly yours,

                Audrey Kim
                Legal Investigations Support
                (650) 214-3361

Google Inc.
1600 Amphitheatre Parkway

Mountain View, California 94043



### Blog Owner
User Key: 266937394778
Username: kapilsaggi@gmail.com
First name: Net
Last name: Guru
Email: kapilsaggi@gmail.com
Date created: 2007-04-24T04:01:02.399Z

### User's Blogs

| Blog ID | Name | URL |
|---|---|---|
| 6302163283795815613 | Pharma Docs | http://pharma-docs.blogspot.com/ |

### Blog IP Information
"pharmadigitsbp11"
115.252.47.113
Sat Feb 19 04:05:19 PST 2011

req=POST /post-create.do HTTP/1.1, host=www.blogger.com,
referer=http://www.blogger.com/post-create.g?blogID=6302163283795815613,
clientIP=115.252.47.113, date=Sat Feb 19 04:05:19 PST 2011

Google Confidential and Proprietary